McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Mark Sanfratello,<br>(SSN: \*\*\*-\*\*-8861)<br><br>Defendant. | CASE NO. 2:98CR00429-JFM<br><br>**RELEASE OF LIEN FOR FINE/RESTITUTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Yuba County, Document #99008985 on August 30, 1999. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Mark Sanfratello.

DATED: _17 June 2019_

McGREGOR W. SCOTT
United States Attorney

BY: _/s/ Kurt A. Didier_
KURT A. DIDIER
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION